# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Norman E. Fawber<br>    <u>Debtor</u> | CHAPTER 13<br><br>BKY. NO. 18-16082 REF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

  Kindly enter my appearance on behalf of DITECH FINANCIAL LLC and index same on the master mailing list.

            Respectfully submitted,


            **/s/ Rebecca A. Solarz, Esq**
            Rebecca A Solarz, Esquire
            KML Law Group, P.C.
            701 Market Street, Suite 5000
            Philadelphia, PA 19106-1532
            (215) 627-1322