Certificate Number: 15111-PAE-DE-031826803

Bankruptcy Case Number: 18-16082



15111-PAE-DE-031826803

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 29, 2018, at 11:45 o'clock AM EDT, Norman E Fawber completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: October 29, 2018

By: /s/Maan Arriane Vendiola for Ryan McDonough

Name: Ryan McDonough

Title: Executive Director of Education