*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Norman E. Fawber
    Debtor(s)

Case No: 18−16082−amc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Motion to Dismiss Case; feasibility Filed by SCOTT WATERMAN Represented by ROLANDO RAMOS−CARDONA (Counsel).

**Hearing rescheduled from 6/27/19 at 9:00 AM**

on: 7/11/19

at: 10:00 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date: 6/14/19

Timothy B. McGrath
Clerk of Court

24 − 19
Form 167