United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-16082-amc
Norman E. Fawber                                                          Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: BarbaraS              Page 1 of 1              Date Rcvd: Jun 14, 2019
                              Form ID: 152                Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 16, 2019.
db             +Norman E. Fawber,    205 Trails End Court North,    Lancaster, PA 17603-2141
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr              Lancaster County Tax Claim Bureau,    150 N. Queen St.,    P. O. Box 1447,
                 Lancaster, PA 17608-1447
14278133       +Burke & Hess,    1672 Manheim Pike,    Lancaster, PA 17601-3028
14214236       +Ditech Financial LLC,    c/o Rebecca A Solarz, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14196365       +Erin P. Dyer, Esquire,    5743 Cebtre Avenue,    Pittsburgh, PA 15206-3707
14196367        Lancaster County Tax Claim Bureau,    150 N. Queen Street, Suite 122,    PO Box 1447,
                 Lancaster, PA 17608-1447
14196368        Voelker & Associates, P.C.,    Hampton Stoneworks Professional Building,
                 3960 Route 8, Suite 200,    Allison Park, PA 15101-3603
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 15 2019 03:33:00
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 15 2019 03:33:58     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14196364        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 15 2019 03:27:46     Capital One Bank,
                 P O Box 71083,    Charlotte, NC 28272-1083
14234809        E-mail/Text: bankruptcy.bnc@ditech.com Jun 15 2019 03:32:21     Ditech Financial LLC,
                 PO Box 6154,    Rapid City, SD 57709-6154
14196366        E-mail/Text: bankruptcy.bnc@ditech.com Jun 15 2019 03:32:21     Green Tree,
                 345 Saint Peter Street,    Saint Paul, MN 55102-1211
                                                                                              TOTAL: 5

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2019                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 14, 2019 at the address(es) listed below:
              MATTHEW S BLEACHER    on behalf of Creditor    Lancaster County Tax Claim Bureau
               mbleacher@n-hlaw.com, bsolodky@n-hlaw.com;jsimmerok@n-hlaw.com;dpeiffer@n-hlaw.com
              MICHAEL D. HESS    on behalf of Debtor Norman E. Fawber amburke7@yahoo.com
              REBECCA ANN SOLARZ    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com, ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                              TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Norman E. Fawber
    Debtor(s)

Case No: 18−16082−amc
Chapter: 13

---

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 7/11/19 at 10:00 AM , in Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Timothy B. McGrath
Clerk of Court

23
Form 152