Case 18-16082-amc    Doc 26    Filed 06/16/19    Entered 06/17/19 01:01:13    Desc Imaged
                        Certificate of Notice    Page 1 of 2

United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                           Case No. 18-16082-amc
Norman E. Fawber                                                 Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4        User: BarbaraS        Page 1 of 1        Date Rcvd: Jun 14, 2019
                            Form ID: 167          Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2019.
db            +Norman E. Fawber,    205 Trails End Court North,    Lancaster, PA 17603-2141
cr             Lancaster County Tax Claim Bureau,    150 N. Queen St.,    P. O. Box 1447,
                Lancaster, PA  17608-1447
14278133      +Burke & Hess,    1672 Manheim Pike,    Lancaster, PA 17601-3028
14214236      +Ditech Financial LLC,    c/o Rebecca A Solarz, Esquire,    KML Law Group, P.C.,
                701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14196365      +Erin P. Dyer, Esquire,    5743 Cebtre Avenue,    Pittsburgh, PA 15206-3707
14196367       Lancaster County Tax Claim Bureau,    150 N. Queen Street, Suite 122,    PO Box 1447,
                Lancaster, PA  17608-1447
14196368       Voelker & Associates, P.C.,    Hampton Stoneworks Professional Building,
                3960 Route 8, Suite 200,    Allison Park, PA 15101-3603

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14196364       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 15 2019 03:27:46      Capital One Bank,
                P O Box 71083,    Charlotte, NC 28272-1083
14234809       E-mail/Text: bankruptcy.bnc@ditech.com Jun 15 2019 03:32:21      Ditech Financial LLC,
                PO Box 6154,    Rapid City, SD 57709-6154
14196366       E-mail/Text: bankruptcy.bnc@ditech.com Jun 15 2019 03:32:21      Green Tree,
                345 Saint Peter Street,    Saint Paul, MN 55102-1211
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 14, 2019 at the address(es) listed below:
              MATTHEW S BLEACHER    on behalf of Creditor    Lancaster County Tax Claim Bureau
               mbleacher@n-hlaw.com,   bsolodky@n-hlaw.com;jsimmerok@n-hlaw.com;dpeiffer@n-hlaw.com
              MICHAEL D. HESS    on behalf of Debtor Norman E. Fawber amburke7@yahoo.com
              REBECCA ANN SOLARZ    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              ROLANDO   RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com,   ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                              TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Norman E. Fawber
    Debtor(s)

Case No: 18–16082–amc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Motion to Dismiss Case; feasibility Filed by SCOTT WATERMAN Represented by ROLANDO RAMOS–CARDONA (Counsel).

**Hearing rescheduled from 6/27/19 at 9:00 AM**

on: 7/11/19

at: 10:00 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date: 6/14/19

Timothy B. McGrath
Clerk of Court

24 – 19
Form 167