## INCOME CONTRIBUTION AFFIDAVIT

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF _Lancaster_

NAME OF DEBTOR(S) _Norman E. Fawber_

CHAPTER 13 CASE# _18-16082_

I, _Chad Shaub_, the person whose name is signed below, hereby swear/affirm that the following are true and correct:

1. The debtor(s) names above is/are my _Grandson_, specify relationship, for example – mother, father, brother, friend).

2. I contribute financial support in the amount of $ _500.00_ on a monthly basis to the debtor(s).

3. The source of my income is _wages_ (for example, wages from employment, self-employment, disability payments, Social Security, et cetera). The name of my employer is _____ (if applicable).

4. I will continue to make such contributions to the debtor(s) for the entire duration of the Chapter 13 Plan of the debtor(s).

_6/26/19_
Date

_Chad Shaub_
Affiant/Contributor (signature)

_Chad Shaub_
Affiant/Contributor (print name)

Sworn to or affirmed and subscribed to before me by _Chad M Shaub_, the Affiant/Contributor identified above, on the _26_ day of _June_, 20_19_.

Notary Public _[signature]_

Commonwealth of Pennsylvania – Notary Seal
Lidia J. Ortiz, Notary Public
Lancaster County
My commission expires June 22, 2023
Commission number 1198721

(Notary Seal)