**UNITED STATES BANKRUPTCY COURT**
**IN AND FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **BANKRUPTCY NO: 18-16082** |
|    Norman E. Fawber | : | |
| | : | |
|    **Debtor** | : | |

**ADDENDUM TO AMENDED CHAPTER 13 PLAN**

     Part 4: Secured Claims of the Amended Chapter 13 Plan filed in this matter deals with the payment of Secured Claims.

     Lancaster County Tax Claim Bureau -  Should not be treated as a Priority Claim, and instead should be treated as a Secured Creditor under Section 4(c) of the Plan in the amount of $8,295.84.

                                    **/s/ Michael D. Hess**
                                    Michael D. Hess, Esquire
                                    BURKE & HESS
                                    1672 Manheim Pike
                                    Lancaster, PA  17601-1974