UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Norman E. Fawber          : CASE NO: 18-16082-amc
                          :
                          : CHAPTER 13
                          :
DEBTOR                    :

### O R D E R

AND NOW, upon consideration of the Fee application of Michael D. Hess, Esq., of Burke & Hess, attorney for the above-captioned Debtors, and after Notice having been given to the Trustee, the United States Trustee's Office, and all other interested parties, with no outstanding objection, it is hereby:

ORDERED, that the application for fees is approved in the amount of $4,000.00 plus $30.59 for expense reimbursement for a total amount of $4,030.59 minus $90.00 paid prior to filing for a total amount due and owing of $3,940.59 to be paid by the Trustee to Burke & Hess.

**Date: October 9, 2019**

_____
J.