United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Norman E. Fawber  
    Debtor

Case No. 18-16082-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Lisa     Page 1 of 1     Date Rcvd: Oct 09, 2019  
                           Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2019.  
db         +Norman E. Fawber,    205 Trails End Court North,    Lancaster, PA 17603-2141  
cr          Lancaster County Tax Claim Bureau,    150 N. Queen St.,    P. O. Box 1447,    Lancaster, PA   17608-1447

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                     TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2019                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2019 at the address(es) listed below:  
         MATTHEW S BLEACHER    on behalf of Creditor    Lancaster County Tax Claim Bureau  
     mbleacher@n-hlaw.com,    bsolodky@n-hlaw.com;asnavely@n-hlaw.com  
         MICHAEL D. HESS    on behalf of Debtor Norman E. Fawber amburke7@yahoo.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com  
         ROLANDO RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)  
     ecfmail@readingch13.com,    ecf_frpa@trustee13.com  
         SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,    ecf_frpa@trustee13.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM MILLER*R    on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com,  
     ECF_FRPA@Trustee13.com  
                                                                                                                                                                                 TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Norman E. Fawber  :  CASE NO: 18-16082-amc
:
:  CHAPTER 13
:
DEBTOR  :

**ORDER**

AND NOW, upon consideration of the Fee application of Michael D. Hess, Esq., of Burke & Hess, attorney for the above-captioned Debtors, and after Notice having been given to the Trustee, the United States Trustee's Office, and all other interested parties, with no outstanding objection, it is hereby:

ORDERED, that the application for fees is approved in the amount of $4,000.00 plus $30.59 for expense reimbursement for a total amount of $4,030.59 minus $90.00 paid prior to filing for a total amount due and owing of $3,940.59 to be paid by the Trustee to Burke & Hess.

**Date: October 9, 2019**

_____
J.