| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 18-16082-PMM

NORMAN E  FAWBER
205 TRAILS END COURT NORTH
LANCASTER  PA    17603

Petition Filed Date: 09/13/2018
341 Hearing Date: 11/20/2018
Confirmation Date: 09/05/2019

Case Status: Open / Unconfirmed

**RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED**

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/14/2020 | $400.00 | 19052207926 | 02/11/2020 | $400.00 | 19065756846 | 03/27/2020 | $400.00 | 19078638764 |
| 04/08/2020 | $400.00 | 19078638117 | 05/12/2020 | $400.00 | 19094232910 | 06/11/2020 | $400.00 | 19096161295 |
| 07/13/2020 | $400.00 | 19129869468 | 08/07/2020 | $400.00 | 19129869092 | 09/17/2020 | $400.00 | 19163852958 |
| 10/14/2020 | $400.00 | 19186260618 | 11/20/2020 | $400.00 | 19163853468 | 12/30/2020 | $400.00 | 19203938469 |
| 01/19/2021 | $400.00 | 19197425130 | 02/17/2021 | $400.00 | 19214334519 | 03/16/2021 | $400.00 | 19239981002 |
| 04/14/2021 | $400.00 | 19239980714 | 05/19/2021 | $400.00 | 19257762479 | | | |

**Total Receipts for the Period: $6,800.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $12,800.00**

**DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED**

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | NEWREZ LLC  D/B/A<br>»» 001 | Ongoing Mortgage | $8,000.00 | $3,810.43 | $4,189.57 |
| 2 | LANCASTER CO TAX CLAIM BUREAU<br>»» 002 | Secured Creditors | $8,295.84 | $3,951.38 | $4,344.46 |
| 3 | BURKE & HESS<br>»» 003 | Attorney Fees | $3,940.59 | $3,940.59 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $12,800.00 | Current Monthly Payment: | $400.00 |
| Paid to Claims: | $11,702.40 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,097.60 | Total Plan Base: | $24,000.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.