| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 18-16082-PMM

NORMAN E FAWBER
205 TRAILS END COURT NORTH
LANCASTER  PA    17603

Petition Filed Date: 09/13/2018
341 Hearing Date: 11/20/2018
Confirmation Date: 09/05/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/14/2021 | $400.00 | 19239980714 | 05/19/2021 | $400.00 | 19257762479 | 06/15/2021 | $400.00 | 19276298971 |
| 07/20/2021 | $400.00 | 19276298613 | 08/17/2021 | $400.00 | 19296935421 | 09/15/2021 | $400.00 | 19306261432 |
| 10/19/2021 | $400.00 | 19006798756 | 11/16/2021 | $400.00 | 19306262448 | 12/20/2021 | $400.00 | 19334584973 |
| 01/19/2022 | $400.00 | 19020136929 | 02/15/2022 | $400.00 | 19359849617 | 03/11/2022 | $400.00 | 19370743730 |
| 04/13/2022 | $400.00 | 19380225282 | 05/16/2022 | $400.00 | 19380225634 | 06/13/2022 | $400.00 | 19380225963 |
| 07/12/2022 | $400.00 | 19401883873 | | | | | | |

**Total Receipts for the Period: $6,400.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $18,400.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | NEWREZ LLC  D/B/A<br>»» 001 | Ongoing Mortgage | $8,000.00 | $6,323.95 | $1,676.05 |
| 2 | LANCASTER CO TAX CLAIM BUREAU<br>»» 002 | Secured Creditors | $8,295.84 | $6,557.86 | $1,737.98 |
| 3 | BURKE & HESS<br>»» 003 | Attorney Fees | $3,940.59 | $3,940.59 | $0.00 |

**Chapter 13 Case No. 18-16082-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $18,400.00 | Current Monthly Payment: | $400.00 |
| Paid to Claims: | $16,822.40 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,577.60 | Total Plan Base: | $24,000.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.