**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| Norman E. Fawber, | ) | |
| Debtor. | ) | Bankruptcy #18-16082-ref |

## PRAECIPE TO WITHDRAW APPEARANCE

TO THE CLERK:

Please withdraw my appearance on behalf of the creditor, Lancaster Tax Claim Bureau, in the above captioned matter.

Date:  September 2, 2022           By:   /s/ Matthew S. Bleacher
                                         Matthew S. Bleacher, Esquire
                                         Attorney I.D. No. 321958

## PRAECIPE TO ENTRER APPEARANCE

TO THE CLERK:

Please enter my appearance on behalf of creditor, Lancaster Tax Claim Bureau, in the above referenced matter.

Date:  September 15, 2022          By:   /s/ Robert S. Cronin, Jr.
                                         Robert S. Cronin, Jr., Esquire
                                         Nikolaus & Hohenadel, LLP
                                         Attorney I.D. No. 87810
                                         212 North Queen Street
                                         Lancaster, PA 17603
                                         Telephone: (717) 299-3726