## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| Norman E. Fawber, | ) | |
| Debtor. | ) | Bankruptcy #18-16082-ref |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Praecipe to Enter and Withdraw Appearance was sent by first-class mail, postage prepaid on the date set forth to the following:

Service by Electronic Mail or First Class Mail addressed as follows:

MICHAEL D. HESS
amburke7@yahoo.com

WILLIAM MILLER
ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com

ROLANDO RAMOS-CARDONA
ecfmail@readingch13.com, ecf_frpa@trustee13.com

REBECCA ANN SOLARZ
bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

SCOTT F. WATERMAN
ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com


Date:   September 15, 2022              By:   /s/ Robert S. Cronin, Jr.
                                              Robert S. Cronin, Jr., Esquire
                                              Nikolaus & Hohenadel, LLP
                                              Attorney I.D. No. 87810
                                              212 North Queen Street
                                              Lancaster, PA 17603
                                              Telephone: (717) 299-3726