United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                  Case No. 18-16082-pmm

Norman E. Fawber                               Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                              User: admin                                                    Page 1 of 2

Date Rcvd: May 23, 2023                       Form ID: 138OBJ                                     Total Noticed: 12

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Norman E. Fawber, 205 Trails End Court North, Lancaster, PA 17603-2141 |
| 14278133 | + | Burke & Hess, 1672 Manheim Pike, Lancaster, PA 17601-3028 |
| 14234809 | | Ditech Financial LLC, PO Box 6154, Rapid City, SD 57709-6154 |
| 14214236 | + | Ditech Financial LLC, c/o Rebecca A Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14196365 | + | Erin P. Dyer, Esquire, 5743 Cebtre Avenue, Pittsburgh, PA 15206-3707 |
| 14196366 | ++ | GREENTREE SERVICING LLC, BANKRUPTCY DEPARTMENT, P O BOX 6154, RAPID CITY SD 57709-6154 address filed with court:, Green Tree, 345 Saint Peter Street, Saint Paul, MN 55102-1211 |
| 14196367 | | Lancaster County Tax Claim Bureau, 150 N. Queen Street, Suite 122, PO Box 1447, Lancaster, PA 17608-1447 |
| 14196368 | # | Voelker & Associates, P.C., Hampton Stoneworks Professional Building, 3960 Route 8, Suite 200, Allison Park, PA 15101-3603 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | May 24 2023 00:51:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 24 2023 00:51:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14196364 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 24 2023 01:05:38 | Capital One Bank, P O Box 71083, Charlotte, NC 28272-1083 |
| 14496457 | | Email/Text: mtgbk@shellpointmtg.com | May 24 2023 00:51:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 23, 2023 | Form ID: 138OBJ | Total Noticed: 12 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 25, 2023               Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| MICHAEL D. HESS | on behalf of Debtor Norman E. Fawber kortiz739@yahoo.com |
| ROBERT S CRONIN, JR. | on behalf of Creditor Lancaster County Tax Claim Bureau rcronin@n-hlaw.com jsimmerok@n-hlaw.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Norman E. Fawber
    Debtor(s)

Case No: 18−16082−pmm
Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    United States Bankruptcy Court
    Office of the Clerk, Gateway Building
    201 Penn Street, 1st Floor
    Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 5/23/23